HUMBLE, Appellant, vs. INDUSTRIAL COMMISSION and others, Respondents.

APPEAL from a judgment of the circuit court for Dane county dated June 15, 1927: AUGUST C. HOPPMANN, Judge.

Workmen's compensation. Judgment affirming order of *Industrial Commission* dismissing complaint, from which claimant appeals.

For the appellant: *Alexander, Burke & Clarke* of Milwaukee.

For the respondent *Industrial Commission: John W. Reynolds,* attorney general, and *Mortimer Levitan,* assistant attorney general.

*By the Court.*—Judgment affirmed, without costs, appellant to pay the clerk's fees.

THOMSEN, Appellant, vs. CHICAGO & NORTHWESTERN RAILWAY COMPANY, Respondent.

APPEAL from a judgment of the circuit court for Milwaukee county dated January 15, 1927: WALTER SCHINZ, Judge.

Personal injury. Crossing accident. Judgment for defendant, from which plaintiff appeals.

For the appellant: *Joseph G. Hirschberg* of Milwaukee.

For the respondent: *John F. Baker* of Milwaukee.

*By the Court.*—Judgment affirmed.

WILL OF WAMBOLD: KOHLER, Appellant, vs. WOLLENZIEHN and others, Respondents.

APPEAL from an order of the county court of Milwaukee county dated December 11, 1926: JOHN C. KAREL, Judge.

Will contest. Will allowed. Contestant appeals.

For the appellant: *Adolph G. Schwefel* of Milwaukee.

For the respondents: *Arnold Wangerin* of Milwaukee, attorney, and *Gordon I. Hansen* of Milwaukee, guardian *ad litem.*

*By the Court.*—Order affirmed.